IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BENNELLE MARQUETT EVANS,
        Petitioner,

v.                                       **Judgment in a Civil Case**

LYNNE B. KELLY,
        Respondent.                     Case Number: 5:22-HC-2081-FL

**Decision by Court.**

Pursuant to order filed November 28, 2022, the Honorable Louise W. Flanagan, United States District Judge, directed that in the event of no response from petitioner to said order, the clerk shall, without further order of the court, terminate all pending motions as moot and enter judgment dismissing the action without prejudice for failure to prosecute and failure to respond to a court order.

Petitioner failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 4, 2023, with service on:
Bennelle Marquett Evans     (via U.S. Mail)
23242-021
Butner Medium II - F.C.I.
P.O. Box 1500
Butner, NC 27509

January 4, 2023                                   Peter A. Moore, Jr.
                                                      Clerk of Court

                                                      By: *[signature: Stephanie Mann]*
                                                          Deputy Clerk